JOHN A. O'MALLEY (State Bar No.: 101181)
BRANDON C. FERNALD (State Bar No.: 222429)
**FULBRIGHT & JAWORSKI L.L.P.**
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017-2576
Telephone: (213) 892-9200
Facsimile: (213) 680-4518

Attorneys for Defendant and Counter-Claimant SIMPSON PERFORMANCE PRODUCTS, INC. and Defendant CAROUSEL CAPITAL PARTNERS, L.P.

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

E.J. SIMPSON, an individual,

Plaintiff,

v.

SIMPSON PERFORMANCE PRODUCTS, INC., a corporation, CAROUSEL CAPITAL PARTNERS, L.P., a limited partnership, DOES 1-100, inclusive

Defendants.

SIMPSON PERFORMANCE PRODUCTS, INC.,

Counter-Claimant,

v.

E.J. SIMPSON,

Counter-Defendant.

SA 03-752-JVS

CASE NO: CV03~~-1258-~~SVW (RNBx)

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF CAROUSEL CAPITAL PARTNERS, L.P. AND CERTAIN CLAIMS; AND ORDER THEREON**

~~[PROPOSED]~~

ENTERED ON ICMS
MAY 23 2003
CV

19

DOCUMENT PREPARED ON RECYCLED PAPER

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties, by and through their respective counsel of record, stipulate and request the Court to order as follows:

1. That defendant Carousel Capital Partners, L.P. ("Carousel") is dismissed with prejudice from this action;

2. That all claims of plaintiff E.J. Simpson against defendant Simpson Performance Products, Inc. for, arising out of, or pertaining to Contingent Payments under, and as defined in, that certain Exchange Agreement dated as of April 3, 1998 by and among Simpson Performance Products, Inc. (formerly known as Team Simpson Racing, Inc.), Robert Horn, trustee, and E.J. Simpson, are dismissed with prejudice; and,

3. That defendant Simpson Performance Products, Inc., is dismissed with prejudice from the second and third causes of action in this action and from all claims in the first cause of action other than claims for expense reimbursement.

4. That each party is to bear its own attorneys' fees and costs as to the claims voluntarily dismissed herein.

DATED: May 16, 2003

JOHN A. O'MALLEY
BRANDON C. FERNALD
**FULBRIGHT & JAWORSKI L.L.P.**

By [signature]
John A. O'Malley
Attorneys for Defendant and Counter-Claimant SIMPSON PERFORMANCE PRODUCTS, INC. and Defendant CAROUSEL CAPITAL PARTNERS, L.P.

Received 05/16/2003 13:53 in 0 on line [4] for BF11723 Printed 05/16/200 4:03 * Pg 4/5
05/16/2003 12:57 8188768484 SNYDER DORENFELD PAGE 04

DATED: May 16, 2003

DAVID K. DORENFELD
**SNYDER DORENFELD, LLP**

By ______________________
David K. Dorenfeld
Attorneys for Plaintiff and
Counter-Defendant E.J. SIMPSON

**ORDER**

Based on the foregoing stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That defendant Carousel Capital Partners, L.P. ("Carousel") is dismissed with prejudice from this action;

2. That all claims of plaintiff E.J. Simpson against defendant Simpson Performance Products, Inc. for, arising out of, or pertaining to Contingent Payments under, and as defined in, that certain Exchange Agreement dated as of April 3, 1998 by and among Simpson Performance Products, Inc. (formerly known as Team Simpson Racing, Inc.), Robert Horn, trustee, and E.J. Simpson, are dismissed with prejudice; and,

3. That defendant Simpson Performance Products, Inc., is dismissed with prejudice from the second and third causes of action in this action and from all claims in the first cause of action other than claims for expense reimbursement.

4. That each party is to bear its own attorneys' fees and costs as to the claims voluntarily dismissed herein.

IT IS SO ORDERED.

DATED: May 22 , 2003

United States District Judge

**PROOF OF SERVICE**

I, Amy Spada, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 865 South Figueroa Street, 29th Floor, Los Angeles, California 90017. On May 16, 2003, I served a copy of the within document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF CAROUSEL CAPITAL PARTNERS, L.P. AND CERTAIN CLAIMS; AND ORDER THEREON [PROPOSED]**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the law firm at the address(es) set forth below.

David K. Dorenfeld, Esq.
Snyder & Dorenfeld, LLP
24025 Park Sorrento
Suite 150
Calabasas, CA 91302
(818) 876-8484

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of

business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 16, 2003, at Los Angeles, California.

Amy Spada