**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -- GENERAL**

Case No. SACV 03-0752-JVS(RNBx)　　Dated: May 28, 2003

Title: E.J. SIMPSON v. SIMPSON PERFORMANCE PRODUCTS INC., et al.

**PRESENT: HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

Karla J. Tunis
Courtroom Deputy

None Present
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

None Present

ATTORNEYS PRESENT FOR DEFENDANTS:

None Present

**PROCEEDINGS (IN CHAMBERS): NOTICE TO COUNSEL**

This action has been randomly reassigned to the HONORABLE **JAMES V. SELNA**, United States District Judge, pursuant to the ORDER OF THE CHIEF JUDGE, filed May 14, 2003.

Previously CV 03-1258-SVW(RNBx). Please substitute the new Santa Ana Case Number (SA CV), so that the case number will now read as shown above. In the future, *it is imperative* that the ***new case number and initials*** **JVS** be used on all documents to prevent any delays in the processing of documents.

Pending permanent relocation to the Santa Ana Courthouse, Judge Selna's staff and chambers will be located in Room 231 of the Spring Street Courthouse, 312 North Spring Street, Los Angeles, California 90012. Judge Selna will he hearing matters in courtrooms as assigned while in Los Angeles. Please check the Court's Web Site at http://www.cacd.uscourts.gov/, under calendars, to determine the location of appearances before Judge Selna. Judge Selna's Courtroom Deputy is Karla J. Tunis and she may be reached at (213) 894-8794. All documents must be filed in Los Angeles during Judge Selna's temporary assignment in Los Angeles.

ENTERED ON ICMS
MAY 30 2003
CV

Civil motions are heard on Mondays at 1:30 p.m.

IT IS HEREBY ORDERED:

The defendants' motion for summary judgement, currently set for June 30, 2003 at 1:30 p.m., remains as set.

The **PreTrial Conference**, currently set for July 7, 2003 at 3:30 p.m., is reset for **July 7, 2003 at 11:00 a.m.**

The Jury Trial, currently set for July 15, 2003 at 9:00 p.m., remains as set.

MINUTES FORM 90
CIVIL - GEN

Initials of Deputy Clerk