**SNYDER ♦ DORENFELD, LLP**
24025 Park Sorrento, Suite 150
Calabasas, California 91302
Telephone: (818) 876-8600
Facsimile: (818) 876-8484
DAVID K. DORENFELD, ESQ. [SBN: 145056]
BRADLEY A. SNYDER, ESQ. [SBN: 108643]
MICHAEL W. BROWN, ESQ. [SBN:205380]

Attorneys for Plaintiff/Counter-Defendant
E. J. SIMPSON, an individual

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUN 18 2003
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. J. SIMPSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SIMPSON PERFORMANCE PRODUCTS, INC., a California corporation; CAROUSEL CAPITAL PARTNERS, L.P., a limited partnership; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SA CV 03-0752-JVS [RNBx]<br><br>[formerly CV 03-1258-SVW]<br><br>Hon. James V. Selna, Judge Presiding<br><br>**STIPULATION RE CONTINUANCE OF HEARINGS ON DISPOSITIVE MOTIONS AND MOTION FOR SUMMARY JUDGMENT** |
| SIMPSON PERFORMANCE PRODUCTS, INC.<br><br>Counter-Claimant,<br><br>vs.<br><br>E.J. SIMPSON,<br><br>Counter-Defendant. | DATE: June 30, 2003<br>TIME: 1:30 P.M.<br><br>PROPOSED DATE: July 7, 2003<br>PROPOSED TIME: 1:30 P.M. |

ENTERED ON ICMS
JUN 18 2003

NOTE CHANGES MADE BY THE COURT.

COME NOW THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND HEREBY STIPULATE AS FOLLOWS:

(41)





SNYDER ♦ DORENFELD, LLP

**WHEREAS,** this case had a Motion for Summary Judgment by Defendants/Counter-Claimants set for hearing June 23rd;

**WHEREAS**, this case also had a June 23rd date for the resolution of any other dispositive motions;

**WHEREAS**, the court recently re-scheduled these hearings for June 30th, because the Court is not available on June 23rd;

**WHEREAS,** Plaintiff/Counter-Defendant's counsel was available to attend the hearing on June 23rd, but has a pre-paid vacation which will keep him out of state on June 30th;

**WHEREAS,** the parties already have a Pre-Trial Conference set for July 7th;

**WHEREAS,** undersigned counsel Brown has confirmed with the Judge's clerk that the court is amenable to hearing the motions on the same day as the Pre-Trial conference;

**WHEREAS**, undersigned counsel Brown has confirmed with opposing counsel that there would be no prejudice and no opposition to such a short continuance;

**WHEREAS,** the parties believe that good cause exists for the continuance sought in this stipulation.

**ACCORDINGLY, IT IS HEREBY STIPULATED** by and between the parties hereto and with the approval of the Court that the hearing Date of June 30th, 2003 be VACATED and re-scheduled to July 7, 2003 at ~~1:30 p.m.~~ 11:00 am.

Dated: June 16, 2003

SNYDER ♦ DORENFELD, LLP

By: Michael W. Brown

MICHAEL W. BROWN, ESQ.
DAVID K. DORENFELD, ESQ.
Attorneys for Plaintiff/Counter-Defendant E.J. SIMPSON

Dated: June ____ 2003

FULBRIGHT & JAWORSKI, LLP

By: ______________________

JOHN A. O'MALLEY, ESQ.
BRANDON FERNALD, ESQ.
Attorneys for Defendant and Counter-Claimant SIMPSON PERFORMANCE PRODUCTS, INC. and Defendant CAROUSEL CAPITAL PARTNERS, L.P.

**IT IS SO ORDERED.**

Dated: June 18 2003

By: ______________________

HON. ~~JOHN~~ V. SELNA, U.S.D.C.
CENTRAL DISTRICT OF CALIFORNIA
James

**ACCORDINGLY, IT IS HEREBY STIPULATED** by and between the parties hereto and with the approval of the Court that the hearing Date of June 30th, 2003 be VACATED and re-scheduled to July 7, 2003 at 1:30 p.m.

Dated: June 16, 2003

SNYDER ♦ DORENFELD, LLP

By: *Michael W. B[signature]*
MICHAEL W. BROWN, ESQ.
DAVID K. DORENFELD, ESQ.
Attorneys for Plaintiff/Counter-Defendant E.J. SIMPSON

Dated: June *16th* 2003

FULBRIGHT & JAWORSKI, LLP

By: [signature]
JOHN A. O'MALLEY, ESQ.
BRANDON FERNALD, ESQ.
Attorneys for Defendant and Counter-Claimant SIMPSON PERFORMANCE PRODUCTS, INC. and Defendant CAROUSEL CAPITAL PARTNERS, L.P.

**IT IS SO ORDERED.**

Dated: June ____ 2003

By: ______________________
HON. JOHN V. SELNA, U.S.D.C.
CENTRAL DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

**STATE OF CALIFORNIA )**
**) ss.**
**COUNTY OF LOS ANGELES )**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is SNYDER ♦ DORENFELD, LLP, located at 24025 Park Sorrento, Suite 150, Calabasas, California 91302.

On **June 17, 2003**, I served the foregoing document described as **STIPULATION RE CONTINUANCE OF HEARINGS ON DISPOSITIVE MOTIONS AND MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing the true and correct copies thereof in sealed envelopes addressed as follows:

**SEE ATTACHED MAILING LIST**

__XX__ **BY MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at **Calabasas**, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Executed on **June 17, 2003**, at **Calabasas**, California.

____ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on ______________, at **Calabasas**, California.

____ **BY FACSIMILE TRANSMISSION**: From FAX No. (818) 876-8484 to the person(s) and facsimile number(s) indicated on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a record of the transmission.

Executed on ______________, at **Calabasas**, California.

__XX__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Lev Kandhorov



Snyder ♦ Dorenfeld, LLP

**SERVICE LIST**

John A. O'Malley, Esq.
Brandon C. Fernald, Esq.
FULBRIGHT & JAWORSKI, L.L.P.
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017-2576
TEL: (213) 892-9200
FAX: (213) 680-4518
**Attorneys for Defendant/Counter-Claimant SIMPSON PERFORMANCE PRODUCTS, INC. and Defendant CAROUSEL CAPITAL PARTNERS, L.P.**



Snyder ♦ Dorenfeld, LLP