ORIGINAL

DAVID K. DORENFELD (State Bar No.: 145056)
BRADLEY A. SNYDER (State Bar No.: 108643)
MICHAEL W. BROWN (State Bar No.: 205380)

**SNYDER ♦ DORENFELD, LLP**
24025 Park Sorrento, Suite 150
Calabasas, California 91302
Telephone: (818) 876-8600
Facsimile: (818) 876-8484

Attorneys for Plaintiff/Counter-Defendant E.J. SIMPSON, an Individual

JOHN A. O'MALLEY (State Bar No.: 101181)
BRANDON C. FERNALD (State Bar No.: 222429)
**FULBRIGHT & JAWORSKI L.L.P.**
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017-2576
Telephone: (213) 892-9200
Facsimile: (213) 680-4518

Attorneys for Defendant and Counter-Claimant SIMPSON PERFORMANCE PRODUCTS, INC. and Defendant CAROUSEL CAPITAL PARTNERS, L.P.

Priority ✓
Send ✓
Enter
Closed
~~JS-5/~~JS-6 ✓
JS-2/JS-3
Scan Only

LODGED
2003 JUL 17 PM 1:40
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF.
BY

FILED
CLERK, U.S. DISTRICT COURT
JUL 18 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J. SIMPSON, an individual,<br>Plaintiff,<br>v.<br>SIMPSON PERFORMANCE PRODUCTS, INC., a corporation, CAROUSEL CAPITAL PARTNERS, L.P., a limited partnership, DOES 1-100, inclusive<br>Defendants. | Case No. SA CV 03-0752-JVS [RNBx]<br>[formerly CV 03-1258-SVW]<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS REMAINING HEREIN; AND ORDER THEREON**<br>~~**[PROPOSED]**~~ |

ENTERED ON ICMS
JUL 21 2003
CV

50

SIMPSON PERFORMANCE PRODUCTS, INC.,

Counter-Claimant,

v.

E.J. SIMPSON,

Counter-Defendant.

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties, by and through their respective counsel of record, stipulate and request the Court to order as follows:

1. That all claims of plaintiff E.J. Simpson ("Simpson") against defendant Simpson Performance Products, Inc. ("Simpson Racing") are dismissed with prejudice;

2. That all claims of counter-claimant Simpson Racing against counter-defendant Simpson are dismissed with prejudice; and,

3. That each party is to bear its own attorneys' fees and costs as to the claims voluntarily dismissed herein.

OCUMENT PREPARED
N RECYCLED PAPER

DATED: July ___, 2003

JOHN A. O'MALLEY
BRANDON C. FERNALD
**FULBRIGHT & JAWORSKI L.L.P.**

By ______________________
John A. O'Malley
Attorneys for Defendant and Counter-Claimant SIMPSON PERFORMANCE PRODUCTS, INC. and Defendant CAROUSEL CAPITAL PARTNERS, L.P.

DATED: July 14, 2003

DAVID K. DORENFELD
MICHAEL W. BROWN
**SNYDER DORENFELD, LLP**

By ______________________
David K. Dorenfeld
Attorneys for Plaintiff and Counter-Defendant E.J. SIMPSON

DATED: July 16th, 2003

JOHN A. O'MALLEY
BRANDON C. FERNALD
**FULBRIGHT & JAWORSKI L.L.P.**

By ______________________
Brandon C. Fernald
Attorneys for Defendant and Counter-Claimant SIMPSON PERFORMANCE PRODUCTS, INC. and Defendant CAROUSEL CAPITAL PARTNERS, L.P.

DATED: July ___, 2003

DAVID K. DORENFELD
**SNYDER DORENFELD, LLP**

By ______________________
David K. Dorenfeld
Attorneys for Plaintiff and Counter-Defendant E.J. SIMPSON

**ORDER**

Based on the foregoing stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That all claims of plaintiff E.J. Simpson ("Simpson") against defendant Simpson Performance Products, Inc. ("Simpson Racing") are dismissed with prejudice;

2. That all claims of counter-claimant Simpson Racing against counter-defendant Simpson are dismissed with prejudice; and,

3. That each party is to bear its own attorneys' fees and costs as to the claims voluntarily dismissed herein.

IT IS SO ORDERED.

DATED: July /7, 2003

United States District Judge

**PROOF OF SERVICE**

I, Susan Crippen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 865 South Figueroa Street, 29th Floor, Los Angeles, California 90017. On July 17, 2003, I served a copy of the within document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS REMAINING HEREIN; AND ORDER THEREON [PROPOSED]**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by causing to be personally delivered, the document(s) listed above to the law firm at the address(es) set forth below.

David K. Dorenfeld, Esq.
Snyder & Dorenfeld, LLP
24025 Park Sorrento
Suite 150
Calabasas, CA 91302
(818) 876-8484

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 17, 2003, at Los Angeles, California.

Susan Crippen

Susan Crippen